**Trn–501** [Order Appointing Interim Trustee] (Rev. 09/03)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**

Demetrius DuWayne Caldwell

**SSN:** xxx–xx–0651

Sabrina Byrd Caldwell

**SSN:** xxx–xx–7570

    **Debtor(s)**

**Case No.** 05–13100–TBB7

**Chapter** 7

## ORDER APPOINTING INTERIM TRUSTEE AND APPROVING STANDING BOND

It is **ORDERED** and notice is hereby given that:

1. The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the general blanket bond heretofore approved.

**Thomas E Reynolds**
Haskell Slaughter Young & Rediker
1400 Park Place Tower
2001 Park Place No
Birmingham, AL 35203

2. Unless the interim trustee files a rejection of this appointment within five (5) business days following receipt of this order, the trustee will be deemed to have accepted this appointment as provided by Rule 2008.

Dated: October 19, 2005

/s/ Thomas B Bennett
United States Bankruptcy Judge

cil