# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**                                                      **Case No.** 05−13100−TBB7

Demetrius DuWayne Caldwell                **Chapter** 7

**SSN:** xxx−xx−0651

Sabrina Byrd Caldwell

**SSN:** xxx−xx−7570

         **Debtor(s)**

## NOTICE RESCHEDULING 341 MEETING OF CREDITORS

Notice is hereby given that the §341 Meeting of Creditors in the above−styled case has been rescheduled to:

**Date:**     Thursday, December 15, 2005     **Time:**     10:00 AM

**Location:**     Robert S. Vance Fed Bldg, 1800 5th Ave No, Room 127, Birmingham, AL 35203

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:** 1/20/06

**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

The Trustee appointed in this case is:

**Thomas E Reynolds**
Haskell Slaughter Young & Rediker
1400 Park Place Tower
2001 Park Place No
Birmingham, AL 35203

205 251−1000

      The Debtor is required to appear at the §341 Meeting of Creditors as set forth above for the purpose of being examined under oath. If the Debtor fails to appear, this case may be dismissed.

      Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the Debtor. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

Dated:     October 31, 2005                                 By:

                                                                              Eligah Dane Clark
                                                                              Clerk of Court

sld