Van−008 [Notice Rescheduling Ch 7 341] (Rev. 09/05)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**                                                                     **Case No.** 05−13100−TBB7

Demetrius DuWayne Caldwell                             **Chapter** 7

**SSN:** xxx−xx−0651

Sabrina Byrd Caldwell

**SSN:** xxx−xx−7570

        **Debtor(s)**

## NOTICE RESCHEDULING 341 MEETING OF CREDITORS

Notice is hereby given that the §341 Meeting of Creditors in the above−styled case has been rescheduled to:

**Date:** Thursday, December 15, 2005        **Time:** 10:00 AM

**Location:** Robert S. Vance Fed Bldg, 1800 5th Ave No, Room 127, Birmingham, AL 35203

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:** 1/20/06

**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

The Trustee appointed in this case is:

**Thomas E Reynolds**
Haskell Slaughter Young & Rediker
1400 Park Place Tower
2001 Park Place No
Birmingham, AL 35203

205 251−1000

     The Debtor is required to appear at the §341 Meeting of Creditors as set forth above for the purpose of being examined under oath. If the Debtor fails to appear, this case may be dismissed.

     Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the Debtor. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

Dated: October 31, 2005                                 By:

                                                                    Eligah Dane Clark
                                                                    Clerk of Court

sld

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 1126-2         User: ldivers           Page 1 of 2                Date Rcvd: Oct 31, 2005
Case: 05-13100               Form ID: van008         Total Served: 47
```

The following entities were served by first class mail on Nov 02, 2005.
```
db          +Demetrius DuWayne Caldwell,    350 Ita Ann Lane,    Madison, AL 35757-7428
jdb         +Sabrina Byrd Caldwell,    350 Ita Ann Lane,    Madison, AL 35757-7428
aty         +Brian C Bugge,    PO Box 43856,    Birmingham, AL 35243-0856
tr          +Thomas E Reynolds,    Haskell Slaughter Young & Rediker,    1400 Park Place Tower,
              2001 Park Place No,    Birmingham, AL 35203-2735
smg         +Valrey Early,    BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
4511714     +AFNI,    Re: Dish Network,    PO Box 3097,    Bloomington, IL 61702-3097
4511713     +Acute Community Emergency Services,    5721 West 119th Street,    Overland Park, KS 66209-3722
4511715     +Allied Interstate,    RE: Sprint,    PO Box 9017,    Oceanside, NY 11572-9017
4511716     +Aquila Utilities,    PO Box 219703,    Kansas City, MO 64121-9703
4511717     +Asset Acceptance  /  Providian,    PO Box 2036,    Warren, MI 48090-2036
4511718     +Bank Of America,    1422 East Grayson Street  /  Box 8000,    San Antonio, TX 78208-1499
4511719     +Boudreau Associates,    5 Industrial Way,    Salem, NH 03079-4890
4511720     +CAC Financial Corp,    2601 NW Expressway,    Oklahoma City, OK 73112-7272
4511721     +Capital One Bank,    PO Box 85015,    Richmond, VA 23285-5015
4511722     +Car World Loan,    408 Jordan Lane NW,    Huntsville, AL 35805-2624
4511723     +Center For Rheumatology,    RE: Dr. Thomas Scott, MD,    4330 Wornal Road, # 40,
              Kansas City, MO 64111-5940
4511724     +Check Into Cash - Huntsville,    C/O Check Into Cash - Pelham,    1936 Highway 31 South,
              Pelham, AL 35244-1141
4511725     +Citi Bank,    12234 N IH 35 SB,    Building B,    Austin, TX 78753-1705
4511726      Citifinancial Home Equity,    11436 Cronhill Drive, Suite H,    Baltimore, MD  21297
4511727     +Comcast,    2047 Max Luther,    Huntsville, AL 35810-3878
4511728     +Comcast Cable - Missouri,    4700 Little Blue Parkway,    Independence, MO 64057-8304
4511729     +Consumer Credit Counseling Service,    4500 East Broad Street,    Columbus, OH 43213-1360
4511730      Credit Protection Association,    1355 Noel Road, Suite 2100,    Dallas, TX  75240
4511731     +Creditor's Interchange,    PO Box 1335,    Buffalo, NY 14240-1335
4511732     +Deffenbaugh Waste Management,    8905 Kaw Drive,    Kansas City, KS 66111-1729
4511733     +Dish Network  /  EchoStar,    5701 South Santa Fe Drive,    Littleton, CO 80120-1813
4511734      Dr. Sam Kalsnick,    Dental Offices,    Lee's Summitt, MO  64064
4511735     +Equidata,    RE: Comcast Collection,    724 Thimble Shoals Road,    Newport News, VA 23606-2574
4511736     +FBCS,    RE: Sprint Telecom,    841 East Hunting Park Avenue,    Philadelphia, PA 19124-4824
4511737     +General Account Service,    RE: Ctr For Rheum Collection,    2024 Swift,
              N Kansas City, MO 64116-3478
4511738     +Global Payments,    RE: Young Champion Collection,    7050 Union Park Court,
              Midvale, UT 84047-4169
4511739     +Household Finance,    RE: Best Buy Account,    2700 Sanders Road,    Prospect Heights, IL 60070-2701
4511740     +Huntsville Athletic Club,    3250 Leeman Ferry Road,    Huntsville, AL 35801-5388
4511741     +Kansas City Internal Medicine,    6420 Prospect, Suite T101,    Kansas City, MO 64132-4100
4511742     +Kansas Department Of Revenue,    Missouri Department Of Revenue,    PO Box 12005,
              Topeka, KS 66612-2005
4511744     +LVNV Funding House,    PO Box 740281,    Houston, TX 77274-0281
4511743     +LabCorp,    1706 North Corrington Avenue,    Kansas City, MO 64120-2418
4511745     +Medical Center Of Independence,    RE: Kansas Counselors,    17203 East 23rd Street,
              Independence, MO 64057-1859
4511746      Midland Collections,    RE: Providian Account,    5575 Roscoe Court,    San Diego, CA  91823
4511747     +Missouri Gas Energy,    PO Box 219255,    Kansas City, MO 64121-9255
4511748     +Providian,    PO Box 660487,    Dallas, TX 75266-0487
4511749     +Redstone Federal Creduit Union,    220 Wynn Drive NW,    Huntsville, AL 35893-0001
4511750     +Saxon Home Mortgage,    4708 Mercantile Drive North,    Fort Worth, TX 76137-3605
4511751     +Saxon Mortgage,    5420 Northeast Sunshine Drive,    Lee's Summitt, MO 64064-2482
4511752     +Sherman Acquisitions,    Re: Best Buy / HH Bank,    PO Box 10584,    Greenville, SC 29603-0584
4511753     +United Consumers Credit Union,    2326 South Savage,    Independence, MO 64055-1666
4511754     +XACT,    RE: Balls Hen House Market,    151 West Burnsville Parkway ST,    Burnsville, MN 55337-2524
```

The following entities were served by electronic transmission.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 02, 2005**         **Signature:**         *Joseph Speetjens*