# United States Bankruptcy Court
## Northern District of Alabama, Southern Division
1800 5th Avenue North
Room 120
Birmingham, AL 35203

| | |
|---|---|
| **In re:** | **Case No.** 05–13100–TBB7 |
| Demetrius DuWayne Caldwell | **Chapter** 7 |
| **SSN:** xxx–xx–0651 | |
| Sabrina Byrd Caldwell | |
| **SSN:** xxx–xx–7570 | |
| **Debtor(s)** | |

## NOTICE OF RETURNED MAIL

To:     Brian C Bugge
PO Box 43856
Birmingham, AL 35243

Notice is hereby given that the Clerk's office received Rescheduled 341 First Meeting of Creditors in the above case which was returned by the United States Post Office as undeliverable for the following party:

**XACT**
**RE Balls Hen House Market**
**151 West Burnsville Parkway ST**
**Burnsville MN 55337**

**Global Payments**
**RE Young Champion Collection**
**7050 Union Park Court**
**Midvale UT 84047**

**Citifinancial Home Equity**
**11436 Cronhill Drive Suite H**
**Baltimore MD 21297**

Please provide the Bankruptcy Clerk's Office with a corrected address. It is your responsibility to serve the document on the party and file a completed Certificate of Service with the Bankruptcy Clerk stating the name, address and date the document was served.

Dated:   November 15, 2005

By:

Eligah Dane Clark, Clerk
United States Bankruptcy Court

sva