**Van−304** [Notice of Returned Mail] (Rev. 11/03)

# United States Bankruptcy Court
## Northern District of Alabama, Southern Division
1800 5th Avenue North
Room 120
Birmingham, AL 35203

| | |
|---|---|
| **In re:** | **Case No.** 05−13100−TBB7 |
| Demetrius DuWayne Caldwell | **Chapter** 7 |
| **SSN:** xxx−xx−0651 | |
| Sabrina Byrd Caldwell | |
| **SSN:** xxx−xx−7570 | |
| **Debtor(s)** | |

## NOTICE OF RETURNED MAIL

To:  Brian C Bugge
PO Box 43856
Birmingham, AL 35243

    Notice is hereby given that the Clerk's office received 341 First Meeting of Creditors in the above case which was returned by the United States Post Office as undeliverable for the following party:

**Dr Sam Kalsnick**
**Dental Offices**
**Lee's Summitt MO 64064**

    Please provide the Bankruptcy Clerk's Office with a corrected address. It is your responsibility to serve the document on the party and file a completed Certificate of Service with the Bankruptcy Clerk stating the name, address and date the document was served.

Dated:  November 17, 2005        By:

                                                   Eligah Dane Clark, Clerk
                                                   United States Bankruptcy Court

sva