**Van−304** [Notice of Returned Mail] (Rev. 11/03)

# United States Bankruptcy Court
## Northern District of Alabama, Southern Division
1800 5th Avenue North
Room 120
Birmingham, AL 35203

**In re:**　　　　　　　　　　　　　　　　　　　　　　　　　**Case No.** 05−13100−TBB7

Demetrius DuWayne Caldwell　　　　　　　　　　　　　**Chapter** 7

**SSN:** xxx−xx−0651

Sabrina Byrd Caldwell

**SSN:** xxx−xx−7570

　　　　**Debtor(s)**

## NOTICE OF RETURNED MAIL

To:　　Brian C Bugge
　　　　PO Box 43856
　　　　Birmingham, AL 35243

　　　Notice is hereby given that the Clerk's office received 341 Hearing Notice in the above case which was returned by the United States Post Office as undeliverable for the following party:

**Citifinancial Home Equity**
**11436 Cronhill Drive, Ste H**
**Baltimore, MD 21297**

　　　Please provide the Bankruptcy Clerk's Office with a corrected address. It is your responsibility to serve the document on the party and file a completed Certificate of Service with the Bankruptcy Clerk stating the name, address and date the document was served.

Dated:　November 17, 2005　　　　　　　By:

　　　　　　　　　　　　　　　　　　　　　　　　Eligah Dane Clark, Clerk
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

cil