# United States Bankruptcy Court
## Northern District of Alabama, Southern Division
1800 5th Avenue North
Room 120
Birmingham, AL 35203

| | |
|---|---|
| **In re:** | **Case No.** 05–13100–TBB7 |
| Demetrius DuWayne Caldwell | **Chapter** 7 |
| **SSN:** xxx–xx–0651 | |
| Sabrina Byrd Caldwell | |
| **SSN:** xxx–xx–7570 | |
| **Debtor(s)** | |

## NOTICE OF RETURNED MAIL

To:  Brian C Bugge
     PO Box 43856
     Birmingham, AL 35243

   Notice is hereby given that the Clerk's office received Rescheduled 341 First Meeting of Creditors in the above case which was returned by the United States Post Office as undeliverable for the following party:

   **XACT**
   **RE Balls Hen House Market**
   **151 West Burnsville Parkway ST**
   **Burnsville MN 55337**

   **Global Payments**
   **RE Young Champion Collection**
   **7050 Union Park Court**
   **Midvale UT 84047**

   **Citifinancial Home Equity**
   **11436 Cronhill Drive Suite H**
   **Baltimore MD 21297**

   Please provide the Bankruptcy Clerk's Office with a corrected address. It is your responsibility to serve the document on the party and file a completed Certificate of Service with the Bankruptcy Clerk stating the name, address and date the document was served.

Dated:  November 15, 2005                    By:

                                             Eligah Dane Clark, Clerk
                                             United States Bankruptcy Court

sva

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 1126-2          User: sarcher            Page 1 of 1              Date Rcvd: Nov 15, 2005
Case: 05-13100                Form ID: van304          Total Served: 4
```

```
The following entities were served by first class mail on Nov 17, 2005.
db          +Demetrius DuWayne Caldwell,   350 Ita Ann Lane,   Madison, AL 35757-7428
jdb         +Sabrina Byrd Caldwell,   350 Ita Ann Lane,   Madison, AL 35757-7428
aty         +Brian C Bugge,   PO Box 43856,   Birmingham, AL 35243-0856
tr          +Thomas E Reynolds,   Haskell Slaughter Young & Rediker,   1400 Park Place Tower,
              2001 Park Place No,   Birmingham, AL 35203-2735

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 17, 2005**                    Signature:    _Joseph Speetjens_