# United States Bankruptcy Court
## Northern District of Alabama, Southern Division
1800 5th Avenue North
Room 120
Birmingham, AL 35203

**In re:**

Demetrius DuWayne Caldwell

**SSN:** xxx–xx–0651

Sabrina Byrd Caldwell

**SSN:** xxx–xx–7570

   **Debtor(s)**

**Case No.** 05–13100–TBB7

**Chapter** 7

## NOTICE OF RETURNED MAIL

To:   Brian C Bugge
      PO Box 43856
      Birmingham, AL 35243

   Notice is hereby given that the Clerk's office received 341 First Meeting of Creditors in the above case which was returned by the United States Post Office as undeliverable for the following party:

   **Dr Sam Kalsnick**
   **Dental Offices**
   **Lee's Summitt MO 64064**

   Please provide the Bankruptcy Clerk's Office with a corrected address. It is your responsibility to serve the document on the party and file a completed Certificate of Service with the Bankruptcy Clerk stating the name, address and date the document was served.

Dated:  November 17, 2005            By:

                                     Eligah Dane Clark, Clerk
                                     United States Bankruptcy Court

sva

**BAE SYSTEMS**

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
The following entities were served by first class mail on Nov 19, 2005.
db         +Demetrius DuWayne Caldwell,   350 Ita Ann Lane,   Madison, AL 35757-7428
jdb        +Sabrina Byrd Caldwell,   350 Ita Ann Lane,   Madison, AL 35757-7428
aty        +Brian C Bugge,   PO Box 43856,   Birmingham, AL 35243-0856
tr         +Thomas E Reynolds,   Haskell Slaughter Young & Rediker,   1400 Park Place Tower,
            2001 Park Place No,   Birmingham, AL 35203-2735

The following entities were served by electronic transmission.
NONE.                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2005**

**Signature:** *Joseph Speetjens*