# United States Bankruptcy Court
## Northern District of Alabama, Southern Division
1800 5th Avenue North
Room 120
Birmingham, AL 35203

| | |
|---|---|
| **In re:** | **Case No.** 05–13100–TBB7 |
| Demetrius DuWayne Caldwell | **Chapter** 7 |
| **SSN:** xxx–xx–0651 | |
| Sabrina Byrd Caldwell | |
| **SSN:** xxx–xx–7570 | |
| **Debtor(s)** | |

## NOTICE OF RETURNED MAIL

To: Brian C Bugge
PO Box 43856
Birmingham, AL 35243

    Notice is hereby given that the Clerk's office received 341 Hearing Notice in the above case which was returned by the United States Post Office as undeliverable for the following party:

**Citifinancial Home Equity
11436 Cronhill Drive, Ste H
Baltimore, MD 21297**

    Please provide the Bankruptcy Clerk's Office with a corrected address. It is your responsibility to serve the document on the party and file a completed Certificate of Service with the Bankruptcy Clerk stating the name, address and date the document was served.

Dated: November 17, 2005        By:

                                           Eligah Dane Clark, Clerk
                                           United States Bankruptcy Court

cil

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 1126-2        User: claw              Page 1 of 1             Date Rcvd: Nov 17, 2005
Case: 05-13100              Form ID: van304         Total Served: 1

The following entities were served by first class mail on Nov 19, 2005.
aty          +Brian C Bugge,   PO Box 43856,   Birmingham, AL 35243-0856

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2005**                         **Signature:** _Joseph Speetjens_