**Van−304** [Notice of Returned Mail] (Rev. 11/03)

# United States Bankruptcy Court
## Northern District of Alabama, Southern Division
1800 5th Avenue North
Room 120
Birmingham, AL 35203

**In re:**                                                **Case No.** 05−13100−TBB7

Demetrius DuWayne Caldwell                      **Chapter** 7

**SSN:** xxx−xx−0651

Sabrina Byrd Caldwell

**SSN:** xxx−xx−7570

       **Debtor(s)**

## NOTICE OF RETURNED MAIL

To:     Brian C Bugge
           PO Box 43856
           Birmingham, AL 35243

      Notice is hereby given that the Clerk's office received 341 Hearing Notice in the above case which was returned by the United States Post Office as undeliverable for the following party:

**Dr. Sam Kalsnick**
**Dental Offices**
**Lee's Summitt, MO 64064**

      Please provide the Bankruptcy Clerk's Office with a corrected address. It is your responsibility to serve the document on the party and file a completed Certificate of Service with the Bankruptcy Clerk stating the name, address and date the document was served.

Dated: November 22, 2005                       By:

                                                     Eligah Dane Clark, Clerk
                                                     United States Bankruptcy Court

cil