Van-304 [Notice of Returned Mail] (Rev. 11/03)

# United States Bankruptcy Court
## Northern District of Alabama, Southern Division
1800 5th Avenue North
Room 120
Birmingham, AL 35203

In re:  
Demetrius DuWayne Caldwell  
SSN: xxx-xx-0651  
Sabrina Byrd Caldwell  
SSN: xxx-xx-7570  
    Debtor(s)

Case No. 05-13100-TBB7  
Chapter 7

## NOTICE OF RETURNED MAIL

To:    Brian C Bugge  
        PO Box 43856  
        Birmingham, AL 35243

Notice is hereby given that the Clerk's office received Rescheduled 341 First Meeting of Creditors in the above case which was returned by the United States Post Office as undeliverable for the following party:

**XACT**  
**RE Balls Hen House Market**  
**151 West Burnsville Parkway ST**  
**Burnsville MN 55337**

— *5300 Speaker Road, Kansas City, KS 66106  913-573-1200* (handwritten)

**Global Payments**  
**RE Young Champion Collection**  
**7050 Union Park Court**  
**Midvale UT 84047**

**Citifinancial Home Equity**  
**11436 Cronhill Drive Suite H**  
**Baltimore MD 21297**

— *14330 East 42nd St, Indep. MO 64055* (handwritten)

Please provide the Bankruptcy Clerk's Office with a corrected address. It is your responsibility to serve the document on the party and file a completed Certificate of Service with the Bankruptcy Clerk stating the name, address and date the document was served.

Dated: November 15, 2005

By:

Eligah Dane Clark, Clerk  
United States Bankruptcy Court

sva

Van-304 [Notice of Returned Mail] (Rev. 11/03)

# United States Bankruptcy Court
## Northern District of Alabama, Southern Division
1800 5th Avenue North
Room 120
Birmingham, AL 35203

In re:  Case No. 05-13100-TBB7

Demetrius DuWayne Caldwell  Chapter 7

SSN: xxx-xx-0651

Sabrina Byrd Caldwell

SSN: xxx-xx-7570

    Debtor(s)

## NOTICE OF RETURNED MAIL

To:    Brian C Bugge
PO Box 43856
Birmingham, AL 35243

    Notice is hereby given that the Clerk's office received 341 First Meeting of Creditors in the above case which was returned by the United States Post Office as undeliverable for the following party:

**Dr Sam Kalsnick**
**Dental Offices**
**Lee's Summitt MO 64064**

*[handwritten: 300 SE 2nd St, Suite 200, Lee's Summit, MO 64063  816 524 6300]*

    Please provide the Bankruptcy Clerk's Office with a corrected address. It is your responsibility to serve the document on the party and file a completed Certificate of Service with the Bankruptcy Clerk stating the name, address and date the document was served.

Dated:  November 17, 2005    By:

    Eligah Dane Clark, Clerk
    United States Bankruptcy Court

sva