Van-304 [Notice of Returned Mail] (Rev. 11/03)

# United States Bankruptcy Court
## Northern District of Alabama, Southern Division
1800 5th Avenue North
Room 120
Birmingham, AL 35203

In re:  Case No. 05-13100-TBB7

Demetrius DuWayne Caldwell  Chapter 7

SSN: xxx-xx-0651

Sabrina Byrd Caldwell

SSN: xxx-xx-7570

    Debtor(s)

## NOTICE OF RETURNED MAIL

To: Brian C Bugge
PO Box 43856
Birmingham, AL 35243

Notice is hereby given that the Clerk's office received Rescheduled 341 First Meeting of Creditors in the above case which was returned by the United States Post Office as undeliverable for the following party:

**XACT**
RE Balls Hen House Market
151 West Burnsville Parkway ST
Burnsville MN 55337

*[handwritten: 5300 Speaker Road, Kansas City, KS 66106, 913-573-1200]*

**Global Payments**
RE Young Champion Collection
7050 Union Park Court
Midvale UT 84047

*[handwritten: 14330 East 42nd St, Indep. MO 64055]*

**Citifinancial Home Equity**
11436 Cronhill Drive Suite H
Baltimore MD 21297

Please provide the Bankruptcy Clerk's Office with a corrected address. It is your responsibility to serve the document on the party and file a completed Certificate of Service with the Bankruptcy Clerk stating the name, address and date the document was served.

Dated: November 15, 2005          By:

                                            Eligah Dane Clark, Clerk
                                            United States Bankruptcy Court

sva

# United States Bankruptcy Court
## Northern District of Alabama, Southern Division
1800 5th Avenue North
Room 120
Birmingham, AL 35203

In re:  Case No. 05-13100-TBB7

Demetrius DuWayne Caldwell  Chapter 7

SSN: xxx-xx-0651

Sabrina Byrd Caldwell

SSN: xxx-xx-7570

**Debtor(s)**

## NOTICE OF RETURNED MAIL

To: Brian C Bugge
PO Box 43856
Birmingham, AL 35243

Notice is hereby given that the Clerk's office received 341 First Meeting of Creditors in the above case which was returned by the United States Post Office as undeliverable for the following party:

**Dr Sam Kalsnick**
**Dental Offices**
**Lee's Summitt MO 64064**

*[handwritten: 300 SE 2nd St, Suite 200, Lee's Summit, MO 64063   816 524 6300]*

Please provide the Bankruptcy Clerk's Office with a corrected address. It is your responsibility to serve the document on the party and file a completed Certificate of Service with the Bankruptcy Clerk stating the name, address and date the document was served.

Dated: November 17, 2005       By:

Eligah Dane Clark, Clerk
United States Bankruptcy Court

sva