# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: )<br>)<br>DEMETRIUS DUWAYNE CALDWELL and )<br>SABRINA BYRD CALDWELL, )<br>) | Case No. 05-13100-TBB7 |
| Debtors. )<br>_____ ) | Chapter 7 |
| UNITED CONSUMERS CREDIT UNION, )<br>) | |
| Creditor. ) | |

## REQUEST FOR NOTICE

Mark J. Schultz of Gallas & Schultz, hereby requests that all notices which UNITED CONSUMERS CREDIT UNION is entitled to receive as a Creditor of the above-named Debtors under Bankruptcy Rules or Bankruptcy Code, be mailed to it in care of its attorneys at the following address:

    Mark J. Schultz
    Gallas & Schultz
    9140 Ward Parkway, Suite 200
    Kansas City, MO 64114.

**GALLAS & SCHULTZ**

By: __/s/ MARK J. SCHULTZ__
MARK J. SCHULTZ,
WDMO #35066; EDMO #119425; KS# 13619
9140 Ward Parkway, Suite 200
Kansas City, Missouri 64114
(816) 822-8100 (telephone)
(816) 822-8222 (facsimile)
bknotices@gallas-schultz.com
ATTORNEY FOR CREDITOR
UNITED CONSUMERS CREDIT UNION

## CERTIFICATE OF SERVICE

       I hereby certify that on December 28, 2005, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following:

Brian C. Bugge
Thomas E. Reynolds


                                             /s/ MARK J. SCHULTZ
                                             Mark J. Schultz