**Form B18** (Official Form 18)(10/05)

# United States Bankruptcy Court
NORTHERN DISTRICT OF ALABAMA
Southern Division
1800 5th Avenue North
Room 120
Birmingham, AL 35203

Case No. **05–13100–TBB7**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Demetrius DuWayne Caldwell      Sabrina Byrd Caldwell
350 Ita Ann Lane      350 Ita Ann Lane
Madison, AL 35757      Madison, AL 35757

Social Security No.:
xxx–xx–0651      xxx–xx–7570

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 1/25/06      Thomas B Bennett
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**ATTENTION DEBTOR:**    **IMPORTANT DOCUMENT!**    **PLEASE KEEP FOR YOUR RECORDS!**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 1126-2          User: claw              Page 1 of 2             Date Rcvd: Jan 25, 2006
Case: 05-13100                Form ID: b18            Total Served: 47


The following entities were served by first class mail on Jan 27, 2006.
 db           +Demetrius DuWayne Caldwell,    350 Ita Ann Lane,    Madison, AL 35757-7428
 jdb          +Sabrina Byrd Caldwell,    350 Ita Ann Lane,    Madison, AL 35757-7428
 smg          +Valrey Early,    BA Birmingham,    1800 5th Avenue North,    Birmingham, AL 35203-2111
 cr           +United Consumers Credit Union,    c/o Mark J Schultz,    Gallas & Schultz,
                9140 Ward Parkway, Ste 200,    Kansas City, MO 64114-3325
4511714       +AFNI,   Re: Dish Network,    PO Box 3097,    Bloomington, IL 61702-3097
4511713       +Acute Community Emergency Services,    5721 West 119th Street,    Overland Park, KS 66209-3722
4511715       +Allied Interstate,    RE: Sprint,    PO Box 9017,    Oceanside, NY 11572-9017
4511716       +Aquila Utilities,    PO Box 219703,    Kansas City, MO 64121-9703
4511717       +Asset Acceptance / Providian,    PO Box 2036,    Warren, MI 48090-2036
4511718       +Bank Of America,    1422 East Grayson Street / Box 8000,    San Antonio, TX 78208-1499
4511719       +Boudreau Associates,    5 Industrial Way,    Salem, NH 03079-4890
4511720       +CAC Financial Corp,    2601 NW Expressway,    Oklahoma City, OK 73112-7272
4511722       +Car World Loan,    408 Jordan Lane NW,    Huntsville, AL 35805-2624
4511723       +Center For Rheumatology,    RE: Dr. Thomas Scott, MD,    4330 Wornal Road, # 40,
                Kansas City, MO 64111-5940
4511724       +Check Into Cash - Huntsville,    C/O Check Into Cash - Pelham,    1936 Highway 31 South,
                Pelham, AL 35244-1141
4511725       +Citi Bank,    12234 N IH 35 SB,    Building B,    Austin, TX 78753-1705
4511726       +Citifinancial Home Equity,    14330 East 42nd Street,    Indep, MO 64055-4751
4511727       +Comcast,    2047 Max Luther,    Huntsville, AL 35810-3878
4511728       +Comcast Cable - Missouri,    4700 Little Blue Parkway,    Independence, MO 64057-8304
4511729       +Consumer Credit Counseling Service,    4500 East Broad Street,    Columbus, OH 43213-1360
4511730        Credit Protection Association,    1355 Noel Road, Suite 2100,    Dallas, TX  75240
4511731       +Creditor’s Interchange,    PO Box 1335,    Buffalo, NY 14240-1335
4511732       +Deffenbaugh Waste Management,    8905 Kaw Drive,    Kansas City, KS 66111-1729
4511734       +Dr. Sam Kalsnick,    300 SE 2nd Street, Ste 200,    Lee’s Summitt, MO 64063-2759
4511735       +Equidata,    RE: Comcast Collection,    724 Thimble Shoals Road,    Newport News, VA 23606-2574
4511736       +FBCS,    RE: Sprint Telecom,    841 East Hunting Park Avenue,    Philadelphia, PA 19124-4824
4511737       +General Account Service,    RE: Ctr For Rheum Collection,    2024 Swift,
                N Kansas City, MO 64116-3478
4511738       +Global Payments,    RE: Young Champion Collection,    7050 Union Park Court,
                Midvale, UT 84047-4169
4511739       +Household Finance,    RE: Best Buy Account,    2700 Sanders Road,    Prospect Heights, IL 60070-2701
4511740       +Huntsville Athletic Club,    3250 Leeman Ferry Road,    Huntsville, AL 35801-5388
4511741       +Kansas City Internal Medicine,    6420 Prospect, Suite T101,    Kansas City, MO 64132-4100
4511742       +Kansas Department Of Revenue,    Missouri Department Of Revenue,    PO Box 12005,
                Topeka, KS 66612-2005
4511744       +LVNV Funding House,    PO Box 740281,    Houston, TX 77274-0281
4511743       +LabCorp,    1706 North Corrington Avenue,    Kansas City, MO 64120-2418
4511745       +Medical Center Of Independence,    RE: Kansas Counselors,    17203 East 23rd Street,
                Independence, MO 64057-1859
4511746        Midland Collections,    RE: Providian Account,    5575 Roscoe Court,    San Diego, CA  91823
4511747       +Missouri Gas Energy,    PO Box 219255,    Kansas City, MO 64121-9255
4511749       +Redstone Federal Creduit Union,    220 Wynn Drive NW,    Huntsville, AL 35893-0001
4511750       +Saxon Home Mortgage,    4708 Mercantile Drive North,    Fort Worth, TX 76137-3605
4511751       +Saxon Mortgage,    5420 Northeast Sunshine Drive,    Lee’s Summitt, MO 64064-2482
4511752       +Sherman Acquisitions,    Re: Best Buy / HH Bank,    PO Box 10584,    Greenville, SC 29603-0584
4560799       +United Consumers Credit Union,    c/o Mark J. Schultz,    9140 Ward Parkway, Suite 200,
                Kansas City, MO 64114-3325
4511753       +United Consumers Credit Union,    2326 South Savage,    Independence, MO 64055-1666
4511754       +XACT,    5300 Speaker Road,    Kansas City, KS 66106-1050

The following entities were served by electronic transmission on Jan 26, 2006 and receipt of the transmission
was confirmed on:
4511718       +EDI: BANKAMER2.COM Jan 26 2006 08:51:00      Bank Of America,
                1422 East Grayson Street / Box 8000,    San Antonio, TX 78208-1499
4511721       +EDI: CAPITALONE.COM Jan 26 2006 08:51:00      Capital One Bank,    PO Box 85015,
                Richmond, VA 23285-5015
4511733       +EDI: ESSL.COM Jan 26 2006 08:51:00      Dish Network / EchoStar,    5701 South Santa Fe Drive,
                Littleton, CO 80120-1813
4511739       +EDI: HFC.COM Jan 26 2006 08:51:00      Household Finance,    RE: Best Buy Account,
                2700 Sanders Road,    Prospect Heights, IL 60070-2701
4511748       +EDI: PROVID.COM Jan 26 2006 08:51:00      Providian,    PO Box 660487,    Dallas, TX 75266-0487
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0


Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 27, 2006**              **Signature:**        *Joseph Speetjens*